UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

      Plaintiff,

                                    File No.  1:05-CV-638

v.

                                    HON. ROBERT HOLMES BELL

LOCAL 951, UNITED FOOD AND
COMMERCIAL WORKER
INTERNATIONAL UNION,

      Defendant.

_____/

**O R D E R**

In accordance with the opinion entered this date,

    **IT IS HEREBY ORDERED** that Plaintiff Elaine L. Chao's motion for summary

judgment (Docket # 25) is **DENIED**.

Date:   __January 24, 2007___     /s/ Robert Holmes Bell_____
                                    ROBERT HOLMES BELL
                                    CHIEF UNITED STATES DISTRICT JUDGE