## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **ELAINE L. CHAO, Secretary of Labor,**<br>**United States Department of Labor,** | ) |
| | ) |
| | ) **Case No: 1:05-CV-0638** |
| **Plaintiff,** | ) |
| **v.** | ) **Hon. George Caram Steeh** |
| | ) **United States District Court** |
| **LOCAL 951, UNITED FOOD AND** | ) (**sitting by designation**) |
| **COMMERCIAL WORKER INTERNATIONAL** | ) |
| **UNION,** | ) **Hon. Joseph G. Scoville** |
| | ) **Magistrate Judge** |
| **Defendant.** | ) |

### JOINT MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor, by counsel, and Defendant, Local 951, United Food and Commercial Worker International Union, by counsel, submit this joint motion for entry of the Judgment submitted herewith declaring the individuals certified by the Plaintiff on the attached Certification of Election are the duly elected officers of defendant, Local 951, United Food and Commercial Worker International Union, and shall serve until the next regularly scheduled election of the defendant, in accordance with the provisions of the constitution and bylaws of the defendant.

Attorney Jon Karmel, counsel for Defendant has authorized the undersigned attorney to represent that that

Defendant joins in this motion and that Defendant will withdraw its motion for certification of the election.

Dated: January 2, 2008                                 Respectfully submitted,

                                                       **CHARLES R. GROSS**
                                                       United States Attorney
                                                       **RONALD M. STELLA**
                                                       Assistant United States Attorney
                                                       **JONATHAN L. SNARE**
                                                       Acting Solicitor of Labor
____                                                   **JOAN E. GESTRIN**
**JONATHAN D. KARMEL**                                 Regional Solicitor
Attorney for Defendant
**Local 951, UFCW**.                                     /s Leonard A. Grossman
The Karmel Law Firm                                    **LEONARD A. GROSSMAN**
221 North LaSalle Street                               Attorney
Suite 1414                                             Attorneys for **Elaine L. Chao**
Chicago, IL 60601                                      **Secretary of Labor**,
(312) 641-2910                                         **United States Department of**
                                                       **Labor,** Plaintiff
                                                       Office of the Solicitor
                                                       U.S. Department of Labor
                                                       230 South Dearborn St., Rm. 844
                                                       Chicago, IL 60604
                                                       (312) 353-5709

**2**