**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

ELAINE L. CHAO, Secretary of Labor,    )
United States Department of Labor,     )
                                ) Case No: 1:05-CV-0638
           Plaintiff,    )
      v.                  ) Hon. George Caram Steeh
                                ) United States District Court
LOCAL 951, UNITED FOOD AND    ) (sitting by designation)
COMMERCIAL WORKER INTERNATIONAL    )
UNION,                      ) Hon. Joseph G. Scoville
                                ) Magistrate Judge
           Defendant.    )

**BRIEF IN SUPPORT OF JOINT MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor, by counsel, and Defendant, Local 951, United Food and Commercial Worker International Union, by counsel, have filed a joint motion for entry of the Judgment submitted herewith.

Attorney Jon Karmel, counsel for Defendant authorized the undersigned attorney to represent that that Defendant joins in this motion and that he will withdraw his motion for certification of the election.

In support hereof, the parties rely on the certification executed by Patricia Fox, Acting Chief, Division of Enforcement, Office of Labor-Management Standards, Employment Standards Administration, United States Department of Labor, a copy of which is submitted herewith, as well as the declaration attached thereto.

For the reasons set forth herein, the parties ask that final judgment be entered in this matter declaring the individuals certified by the Plaintiff on the attached Certification of Election are the

duly elected officers of defendant, Local 951, United Food and Commercial Worker International

Union, and shall serve until the next regularly scheduled election of the defendant, in accordance

with the provisions of the constitution and bylaws of the defendant.

Dated **January 2, 2008**                                    Respectfully submitted,

                                                  **GREGORY F. JACOB**
Solicitor of Labor
**JOAN E GESTRIN**
Regional Solicitor

s/ Leonard A. Grossman_____

**LOCAL COUNSEL:**                          **LEONARD A. GROSSMAN**
Attorney

**CHARLES R. GROSS**                        230 South Dearborn Street, Rm. 844
United States Attorney                      Chicago, IL 60604

Attorneys for **ELAINE L. CHAO**,
**RON STELLA**                              Secretary of Labor, United States
Assistant U.S. Attorney, Civil Division     Department of Labor, Plaintiff
(312)353-5709