UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor,<br>United States Department of Labor,<br><br>       **Plaintiff,**<br>  v.<br><br>**LOCAL 951, UNITED FOOD AND COMMERCIAL WORKER INTERNATIONAL UNION,**<br>       Defendant. | Case No: 1:05-CV-0638<br><br>Hon. George Caram Steeh<br>United States District Court<br>(sitting by designation)<br><br>Hon. Joseph G. Scoville<br>Magistrate Judge |

## JUDGMENT

It appearing to the Court, that pursuant to an Order entered by this Court the Defendant, Local 951, United Food and Commercial Worker International Union (Local 951), conducted its regularly scheduled election of officers under the supervision of the Plaintiff; and that the Plaintiff has filed a Certification of Election, certifying the names of the persons who were elected in such election, and further certifying that such election was conducted in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. 481 et seq.), and in conformity with the constitution and bylaws of the Defendant labor organization, insofar as lawful and practicable; and the Court having considered said Certification and being fully advised, it is, upon the joint motion of the Plaintiff and the Defendant, it is hereby

ADJUDGED, ORDERED and DECREED that the persons named in the Certification of Election which was filed as aforesaid by the Plaintiff, are the duly elected officers of Defendant, Local 951, and shall serve until the next regularly scheduled election of the Defendant in accordance with the constitution and bylaws of the Defendant labor organization.

Each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding to date.


Dated  January 9, 2008                             s/George Caram Steeh
                                                   United States District Judge